IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOWARD RECK, | : | |
| | : | |
| Plaintiff, | : | Civil Case No. 2:10-cv-00529-GLL |
| | : | |
| v. | : | |
| | : | |
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

## **ORDER OF COURT**

AND NOW, to-wit, this _____ day of January, 2011, it is hereby ORDERED that the proceedings in this case are stayed until further notice.

BY THE COURT:


_____, J.