IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HOWARD RECK,

    Plaintiff,

v.

                                      Civil Case No.: 2:10-cv-00529

BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.

## ORDER OF COURT

AND NOW, this 24th day of Feb, 2011 after due consideration of Berkshire Life Insurance Company of America's Motion to Set Dates for Expert Disclosure, it is hereby ADJUDGED, ORDERED and DECREED that said Motion is GRANTED and expert disclosures shall be made as follows:

- Plaintiff will identify trial experts by March 1, 2011;

- Plaintiff will provide Defendant with the reports of its experts who will testify at trial by March 15, 2011; and

- Defendant shall submit the reports of any experts that it may call at trial on or before April 15, 2011.

                                                        _____
                                                        Chief Judge, United States District Court