Civil Case No.: 2:10-cv-00529

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HOWARD RECK,
    Plaintiff,

v.

BERKSHIRE LIFE INSURANCE    Civil Case No.: 2:10-cv-00529
COMPANY OF AMERICA,
    Defendant.

**AGREED FINAL JUDGMENT**

On this 26 day of Oct, 2011, the Stipulation of Dismissal came on for consideration by the Court. The Court, having considered the matter, finds and concludes that all of Plaintiff Howard Reck's claims and causes of action against Defendant Berkshire Life Insurance Company of America should be dismissed with prejudice, with each party to bear its own attorneys' fees and costs of court.

Therefore, it is ORDERED that all of Plaintiff's claims and causes of action against Defendant are dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs of court are to be borne by the parties incurring the same.

_____
Chief Judge, United States District Court

AGREED:

_____    DATE: 10-26-11
Attorney for Plaintiff

_____    DATE: 10-25-2011
Attorney for Defendant